UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
    Plaintiff(s)

    v.

Jose A. Martinez Mojica a/k/a Jose Martinez Mojica, Candida Rodriguez Melendez and conjugal partnership
    Defendant(s)

Civil No. 97-1933 (HL)



| MOTION | | ORDER |
|---|---|---|
| Motion for entry of default as to defts | (dkt #11) | CLERK'S DEFAULT is hereby entered. |

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk


